92 P.3d 1061

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Doe Children, In re ................................ 25252     06/14/2004    Affirmed